## WAGLEY v. STATE.
### No. 18246.

Court of Criminal Appeals of Texas.
April 22, 1936.

Ramey & Jackson, of Sulphur Springs, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. Appellant entered his plea of guilty. No error appearing, the judgment is affirmed.

## WILLS v. STATE.
### No. 18314.

Court of Criminal Appeals of Texas.
April 22, 1936.

Joe C. Luther, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for seven years.

The indictment appears regular and properly presented. The evidence heard upon the trial is not brought up for review. No complaint of the procedure has been presented by bills of exception or otherwise.

The judgment is affirmed.